**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION - LOCAL 19, | No. 23-632 NLRB No. 19–CD–269637 |
| Petitioners, | |
| v. | **ORDER** |
| NATIONAL LABOR RELATIONS BOARD, | |
| Respondent, | |
| -------------------------------------- | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289, | |
| Intervenor. | |

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, | No. 23-658 NLRB No. 19–CD–269637 |
| Petitioner, | |
| v. | |
| NATIONAL LABOR RELATIONS BOARD, | |
| Respondent, | |

----------------------------------------

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,

    Intervenor.

NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

 v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION - LOCAL 19,

    Respondents,

----------------------------------------

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,

    Intervenor.

No. 23-780
NLRB No.
19-CD-269637

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,

    Petitioner,

No. 23-793
NLRB No.
19–CD–269637

2

v.

NATIONAL LABOR RELATIONS
BOARD,

Respondent.

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3.  The three-judge panel opinion is vacated.